UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN CYNTHIA GRAY, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-1700 (ABJ) |
| SCOPE SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER APPROVING FLSA SETTLEMENTS

This matter comes before the Court on the parties' joint motion for approval of their Fair Labor Standards Act ("FLSA") settlement and release agreements [Dkt. # 13] that was filed on August 18, 2015, and agreed to between plaintiffs Robin Cynthia Gray, Alvin Carl Addison, Steven Paul Johnson, Dearell Charlie Brevard, Andrew Saunders, and Warren Kenneth Turner, and defendant Scope Services, Inc.  Since it appears to the Court that the motion is just and proper and furthers the ends of justice, it is hereby

**ORDERED** that the Joint Motion for Approval of FLSA Settlement and Release Agreement [Dkt. # 13] is **GRANTED**.  And it is

**FURTHER ORDERED** that this matter is **DISMISSED** with prejudice.

**SO ORDERED.**

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE:  August 25, 2015